UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

ALISTER HARPER,

                                  Plaintiff,

            -against-

CITY OF NEW YORK, POLICE OFFICER
HELLIESER, 79TH PRECINCT NYPD; POLICE
OFFICER OBIE, 103RD PRECINCT, NYPD;
POLICE OFFICER DAVID LEVY, 107TH
PRECINCT, NYPD; POLICE OFFICER C.
HAMLIN, NYPD, ONE UNKNOWN NYPD
OFFICER SQUAD G-2, TAX REGISTRY
NUMBER 929407; NYPD OFFICER MAXIM,
COMMAND CODE 0161 TAX REGISTRY
NUMBER 949285,

                                  Defendants.
-----------------------------------------------------------------x

**STIPULATION OF DISMISSAL AS TO POLICE OFFICER JAMES HELLIESEN**

11CV1334 (FB)(VVP)

**WHEREAS,** plaintiff ALISTER HARPER commenced this proceeding by filing a complaint on or about March 21, 2011, alleging that certain of his federal rights were violated;

**WHEREAS,** plaintiff ALISTER HARPER filed an amended complaint on or about October 20, 2011, alleging that certain of his federal were violated;

**WHEREAS,** plaintiff now desires to voluntarily dismiss defendant JAMES HELLIESEN from this action, leaving all other claims against all other named defendants intact;

It is hereby

**STIPULATED AND AGREED,** by and between the attorneys for the respective parties herein, that pursuant to Federal Rule 41(a) defendant JAMES

HELLIESEN is dismissed from this action and all claims alleged by plaintiff ALISTER HARPER against defendant JAMES HELLIESEN are withdrawn with prejudice and without costs or attorney's fees to any party.

Dated: New York, New York
~~March 30~~, 2012
July 17

| | |
|---|---|
| Andrew James Schatkin | MICHAEL A. CARDOZO |
| Law Office of Andrew J. Schatkin | Corporation Counsel of the City of New York |
| 350 Jericho Turnpike | *Attorneys for Defendants* |
| Jericho, NY 11753 | 100 Church Street, Room 3-171 |
| 516-932-8120 | New York, New York 10007 |
| Fax: 516-465-7068 | (212) 788-1177 |
| By: _____ /s/ _____ | By: _____ /s/ _____ |
| ANDREW SCHATKIN | LINDA MINDRUTIU (LM0801) |
| | Assistant Corporation Counsel |